In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-24-00261-CV
_____

MIGUEL ANGEL SANCHEZ MONTANEZ, Appellant

V.

DANIELA YIRE GARFIAS VELAZQUEZ, Appellee

On Appeal from the 418th District Court
Montgomery County, Texas
Trial Cause No. 24-05-07809-CV

**MEMORANDUM OPINION**

Miguel Angel Sanchez Montanez, Appellant, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on September 25, 2024
Opinion Delivered September 26, 2024
Before Johnson, Wright and Chambers, JJ.

1